```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MASHA KAHN, :
:
:
Plaintiffs, :
: 20-cv-7117 (LJL)
-v- :
: ORDER
:
HSBC SECURITIES (USA) INC., and RAJ SINHA, :
:
Defendants. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The parties have filed a stipulation of voluntary dismissal as to Defendant Raj Sinha. Dkt. No. 17. Federal Rule of Civil Procedure 41 addresses dismissal of actions rather than dismissal of parties. Treating the application as addressed to the Court's power under Rule 15 or Rule 21 or its inherent power, the Court hereby GRANTS dismissal of all claims as against Defendant Raj Sinha without prejudice and with each party to bear their own costs and fees. *See Kerr v. Compagnie de Ultramar*, 250 F.2d 860, 864 (2d Cir. 1958); *Harvey Aluminum, Inc. v. Ican Cyanamid Co.*, 203 F.2d 105, 108 (2d Cir. 1953), *cert. denied*, 345 U.S. 964. The Clerk of Court is respectfully directed to terminate Defendant Raj Sinha.

SO ORDERED.

Dated: February 22, 2020                     _____
       New York, New York                         LEWIS J. LIMAN
                                                  United States District Judge